# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 18-10945  
**Case Name:** WBC INC.  
**For Period Ending:** 06/30/2022

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 07/01/2021 (c)  
**§ 341(a) Meeting Date:** 07/30/2021  
**Claims Bar Date:** 11/02/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 18/4 Heavy Duty Shelving | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 2 | Viewing Station | 850.00 | 850.00 | | 0.00 | FA |
| 3 | Heidelberg GTO Press | 5,600.00 | 5,600.00 | | 23,565.55 | FA |
| 4 | (3) Milligton Light Tables | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5 | Mass Micro System Tape Dr | 250.00 | 250.00 | | 0.00 | FA |
| 6 | KR Labeling Base KR 215 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 7 | GBC Shredder | 850.00 | 850.00 | | 0.00 | FA |
| 8 | FUJI Plate Equipment | 12,590.00 | 12,590.00 | | 0.00 | FA |
| 9 | Telephone Equipment | 9,500.00 | 9,500.00 | | 0.00 | FA |
| 10 | Power Mac's Art Dept | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 11 | Used Tytech Tying Machine | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 12 | Used Misc Computer Equip. | 2,800.00 | 2,800.00 | | 0.00 | FA |
| 13 | HP Laserjet Printer 4 | 800.00 | 800.00 | | 0.00 | FA |
| 14 | Software for Topaz Scanner | 150.00 | 150.00 | | 0.00 | FA |
| 15 | Software Mac Trapeze/Impost | 550.00 | 550.00 | | 0.00 | FA |
| 16 | Del Dimension Pre Press Comp | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 17 | Laserjet Printer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 18 | Hand Pallet Jack | 150.00 | 150.00 | | 0.00 | FA |
| 19 | Dell Computer Equipment | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 20 | Hagen Software & Training | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Software Adobe/Adaptec | 800.00 | 800.00 | | 0.00 | FA |
| 22 | Air Compressor | 750.00 | 750.00 | | 0.00 | FA |
| 23 | Comm Gear For Art | 300.00 | 300.00 | | 0.00 | FA |
| 24 | HP Laser Jet III | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Used Shrink Wrap Machine | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 26 | Graphic Art Computer | 850.00 | 850.00 | | 0.00 | FA |
| 27 | New Computer for Art | 2,000.00 | 2,000.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 18-10945  
**Case Name:** WBC INC.  
**For Period Ending:** 06/30/2022

**Trustee Name:** (510120) Philip J. Montoya  
**Date Filed (f) or Converted (c):** 07/01/2021 (c)  
**§ 341(a) Meeting Date:** 07/30/2021  
**Claims Bar Date:** 11/02/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Thompson MFG Envelope | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 29 | Ink Jet Mailroom | 15,560.00 | 15,560.00 | | 0.00 | FA |
| 30 | Man Roland Press | 356,000.00 | 356,000.00 | | 60,000.00 | FA |
| 31 | Saddle Stitcher / Cutter | 120,600.00 | 120,600.00 | | 5,000.00 | FA |
| 32 | Hagen OA | 20,000.00 | 20,000.00 | | 2,000.00 | FA |
| 33 | Dell Financial Computers | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 34 | Flatbed Cutter / Software | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 35 | DVD Duplicator W/Inkjet | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 36 | Sheet Magnetizer | 800.00 | 800.00 | | 0.00 | FA |
| 37 | Keencut Foam Board Cutter | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 38 | Apple Computer Art Dept. | 500.00 | 500.00 | | 0.00 | FA |
| 39 | Apple Computer Art Dept. | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 40 | XMPI Software (National City) | 68,900.00 | 68,900.00 | | 0.00 | FA |
| 41 | Kodak Magnus 800 Quantum | 230,000.00 | 230,000.00 | | 0.00 | FA |
| 42 | AGFA Azura C95 Processor | 0.00 | 0.00 | | 0.00 | FA |
| 43 | Riso Press | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 44 | Bindery Solutions / Creaser | 8,560.00 | 8,560.00 | | 0.00 | FA |
| 45 | Avanti MIS System | 54,000.00 | 54,000.00 | | 8,000.00 | FA |
| 46 | Case Binder | 21,000.00 | 21,000.00 | | 0.00 | FA |
| 47 | Mitel Phone Sym. & Perfect Binder | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 48 | Dell Server / SQL Adv Network Mgt. | 7,854.00 | 7,854.00 | | 0.00 | FA |
| 49 | APC Smart UPS 2200VA LCD 120V | 900.00 | 900.00 | | 0.00 | FA |
| 50 | Neosport 6 Station Intelligent Inserter | 128,900.00 | 128,900.00 | | 0.00 | FA |
| 51 | Bravo Printing and CD Replication 2 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 52 | Rena Ink Jet / Tabber | 68,000.00 | 68,000.00 | | 0.00 | FA |
| 53 | OCE 6000/6320 Vario Print | 112,000.00 | 112,000.00 | | 0.00 | FA |
| 54 | Buskro Ink Jet/Tabber | 0.00 | 0.00 | | 0.00 | FA |
| 55 | Digital Copier | 1,000.00 | 1,000.00 | | 0.00 | FA |

Case 18-10945-t7    Doc 227    Filed 07/30/22    Entered 07/30/22 10:54:35 Page 2 of 7

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| Case No.: | 18-10945 | Trustee Name: | (510120) Philip J. Montoya |
| Case Name: | WBC INC. | Date Filed (f) or Converted (c): | 07/01/2021 (c) |
| | | § 341(a) Meeting Date: | 07/30/2021 |
| For Period Ending: | 06/30/2022 | Claims Bar Date: | 11/02/2021 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 56 | 4 27" IMac Display Screens | 10,559.00 | 10,559.00 | | 0.00 | FA |
| 57 | Case Binding Equipment | 0.00 | 0.00 | | 0.00 | FA |
| 58 | Record Polar Cutter 115 w/Lift & 3 Blades | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 59 | OCE 6320 Vario Print | 112,000.00 | 112,000.00 | | 0.00 | FA |
| 60 | Anajet Screenprinter | 18,900.00 | 18,900.00 | | 0.00 | FA |
| 61 | Poweredge R330 Server | 6,900.00 | 6,900.00 | | 0.00 | FA |
| 62 | IN 760 Neopost Printer | 12,800.00 | 12,800.00 | | 0.00 | FA |
| 63 | Tabber / Labeller Head | 15,500.00 | 15,500.00 | | 0.00 | FA |
| 64 | Office Furniture | 52,450.00 | 52,450.00 | | 0.00 | FA |
| 65 | OCE Vario Print Ultra 6320 | 0.00 | 0.00 | | 0.00 | FA |
| 66 | Copy Starr Copier | 0.00 | 0.00 | | 0.00 | FA |
| 67 | AIRREX Cooling System | 0.00 | 0.00 | | 0.00 | FA |
| 68 | Servers 6 and Rack | 0.00 | 0.00 | | 0.00 | FA |
| 69 | Pallet Jacks 6 | 0.00 | 0.00 | | 0.00 | FA |
| 70 | Paper, Plates and Ink Inventory | 12,896.00 | 12,896.00 | | 0.00 | FA |
| **70** | **Assets Totals (Excluding unknown values)** | **$1,629,369.00** | **$1,629,369.00** | | **$98,565.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

6.30.22  Accountant to prepare tax return.  Resolve admin claim of Alamo Ave.
2.16.22  Filed Application to Employ Accountant, S.W. Johnson, and Motion to Pay Admin Taxes.  NOD mailed and filed. Order entered 3/25/2022.
1.31.22  Order entered authorizing hazardous waste disposal.
12.2.21  TTE filed a Report of Sale of Roland Press, Stahl Foler, and Muller Stitcher.
10.28.21  TTEE filed a Motion to Sell Roland Press, Stahl Folder, Muller Martini Stitcher.  Order entered 11/12/2021.
10.15.21  TTEE filed an Application to Employ Anthony Contreras of Sonoran Equipment as Sales Consultant.  Order entered 11/12/2021.
10.8.21  TTEE filed a Motion to Sell Equipment, Machinery and Supplies at auction. Order entered 11/10/2021.
10.8.21  TTEE filed an application to employ Auctioneer, Bentley & Assco.  Order entered 11/10/2021.
9.21.21  TTEE filed an application to employ P. Montoya, as General Counsel. Order entered 10/29/2021.

**Initial Projected Date Of Final Report (TFR):** 12/31/2022      **Current Projected Date Of Final Report (TFR):** 12/31/2022

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

**Case No.:** 18-10945
**Case Name:** WBC INC.

**Trustee Name:** (510120) Philip J. Montoya
**Date Filed (f) or Converted (c):** 07/01/2021 (c)
**§ 341(a) Meeting Date:** 07/30/2021

**For Period Ending:** 06/30/2022

**Claims Bar Date:** 11/02/2021

07/30/2022
Date

/s/Philip J. Montoya
Philip J. Montoya

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 18-10945 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | WBC INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9901 | Account #: | ******7470 Checking Account |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $6,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/21/21 | | Welcome Pacific Inc. | Sale of Man Roland press-Doc 220 approved on 11/12/21 and applied on 11/13/21 | | 6,000.00 | | 6,000.00 |
| | | | Earnest money from Welcome Pacific on Man Roland press $6,000.00 | 1180-002 | | | |
| | | | Earnest Funds Applied to sale approved 11/12 doc 220 -$6,000.00 | 1180-002 | | | |
| | {30} | | Man Roland press-Sale approved 11/12 doc 220 applied on 11/13 $6,000.00 | 1129-000 | | | |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,995.00 |
| 11/05/21 | | Sonoran Equipment Solutions, LLC | Best Buy Graphics | | 5,000.00 | | 10,995.00 |
| | | | Earnest money stitcher - Best Buy Graphics $5,000.00 | 1180-002 | | | |
| | | | Earnest money Applied - Best Buy Graphics -$5,000.00 | 1180-002 | | | |
| | {31} | | Sale-Saddle Stitcher / Cutter - sale approved per order doc220 $5,000.00 | 1129-000 | | | |
| 11/05/21 | | Sonoran Equipment Solutions, LLC | Stahl Folder - Bindery Solutions, Inc. | | 2,000.00 | | 12,995.00 |
| | | | Earnest money Stahl Folder - Bindery Solutions, Inc. $2,000.00 | 1180-002 | | | |
| | | | Earnest money Applied- Stahl Folder - Bindery Solutions, Inc. -$2,000.00 | 1180-002 | | | |
| | {32} | | Sale approved order #220- Asset 32-Hagen $2,000.00 | 1129-000 | | | |
| 11/13/21 | {30} | Sonoran Equipment Solutions, LLC | Press balance due per order doc220 | 1129-000 | 54,000.00 | | 66,995.00 |
| 11/13/21 | {45} | Sonoran Equipment Solutions, LLC | Balance due for folder per order doc220 | 1129-000 | 8,000.00 | | 74,995.00 |
| 11/30/21 | 101 | Sonoran Equipment Solutions, LLC | Payment of commission and expenses per order doc 220 | | | 8,850.00 | 66,145.00 |
| | | Sonoran Equipment Solutions, LLC | Commission $7,350.00 | 3731-000 | | | |
| | | Sonoran Equipment Solutions, LLC | Rigging expense $1,500.00 | 3732-000 | | | |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 68.15 | 66,076.85 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 112.74 | 65,964.11 |

Page Subtotals: $75,000.00  $9,035.89

Case 18-10945-t7    Doc 227    Filed 07/30/22    Entered 07/30/22 10:54:35 Page 5 of 7

{ } Asset Reference(s)                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 18-10945 | Trustee Name: | Philip J. Montoya (510120) |
|---|---|---|---|
| Case Name: | WBC INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9901 | Account #: | ******7470 Checking Account |
| For Period Ending: | 06/30/2022 | Blanket Bond (per case limit): | $6,700,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 102.19 | 65,861.92 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 98.53 | 65,763.39 |
| 03/07/22 | 102 | ACT Enviro | Hazardous waste disposal per order doc223 | 2420-000 | | 10,356.22 | 55,407.17 |
| 03/14/22 | {3} | Bentley & Associates | Auction proceeds | 1129-000 | 23,565.55 | | 78,972.72 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 127.79 | 78,844.93 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 122.15 | 78,722.78 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 121.96 | 78,600.82 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 138.59 | 78,462.23 |
| | | **COLUMN TOTALS** | | | 98,565.55 | 20,103.32 | **$78,462.23** |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 98,565.55 | 20,103.32 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$98,565.55** | **$20,103.32** | |

Case 18-10945-t7    Doc 227    Filed 07/30/22    Entered 07/30/22 10:54:35 Page 6 of 7

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-10945 | **Trustee Name:** | Philip J. Montoya (510120) |
| **Case Name:** | WBC INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9901 | **Account #:** | ******7470 Checking Account |
| **For Period Ending:** | 06/30/2022 | **Blanket Bond (per case limit):** | $6,700,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $98,565.55 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $98,565.55 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7470 Checking Account | $98,565.55 | $20,103.32 | $78,462.23 |
| | **$98,565.55** | **$20,103.32** | **$78,462.23** |

07/30/2022
Date

/s/Philip J. Montoya
Philip J. Montoya